AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | Case: 1:25-mj-00269 |
| DETRICK GREENE | ) ) | Assigned To: Judge Faruqi, Zia M. Assign. Date: 11/18/2025 |
| | ) ) | Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ Novermber 13, 2025 _____ in the county of _____ Washington _____ in the
_____ District of _____ Columbia _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 §§ 841(a)(1), (b)(1)(B)(vi) | - Distribution of Fentanyl |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Kyrystine Pindle
*Printed name and title*

Attested to by the applicant in accordance with the requirements of
Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).
Sworn to before me and signed in my presence.

Date: _____ 11/18/2025 _____

_____
*Judge's signature*

City and state: _____ WASHINGTON, DC _____     U.S. Magistrate Judge, Zia M. Faruqui
*Printed name and title*